# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jimmy Morton,<br><br>          Plaintiff,<br><br>v.<br><br>Park Christian School, Christopher Nellermoe, Joshua Lee, and Timothy Kerr,<br><br>          Defendants. | Case No. 0:19-cv-03134-ECT-LIB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TIMOTHY KERR TO RESPOND TO COMPLAINT** |

Based upon the Stipulation entered into between counsel for Plaintiff Jimmy Morton, Defendant Timothy Kerr and Defendants Park Christian School, Christopher Nellermoe and Joshua Lee [Doc. No. 9].

IT IS HEREBY ORDERED that Defendant Timothy Kerr may have until February 3, 2020, in which to serve and file an Answer, including any affirmative defenses he may have or other appropriate responses to Plaintiff's Complaint.

Dated: January 27, 2020                                  s/Leo I. Brisbois
                                                                                       LEO I. BRISBOIS
                                                                                       United States Magistrate Judge