UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jimmy Morton,

    Plaintiff,

v.                                                  Civil No. 19-3134 (ECT/LIB)

Park Christian School,
Christopher Nellermoe, Josh Lee,
and Timothy Kerr,

    Defendants.

_____

Raymond Kvalvog and
Katherine Kvalvog,

    Plaintiffs,

v.                                                  Civil No. 21-1569 (JRT/LIB)

Park Christian School, Inc.,
Christopher Nellermoe,
Kent Hannestad, Josh Lee,
Tim Kerr, The State of Minnesota,
Minnesota State Patrol, Rodney
Eichens, Brian Cheney,
and Matthew Langer,

    Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 19-cv-3134 (ECT/LIB) having been assigned to Judge Eric C. Tostrud and Magistrate Judge Leo I. Brisbois and Case No. 21-cv-1569 (JRT/LIB) having later been assigned to Chief Judge John R. Tunheim and Magistrate Judge Leo I. Brisbois and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 21-cv-1569 (JRT/LIB) be assigned to Judge Eric C. Tostrud and Magistrate Leo I Brisbois, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  August 9, 2021   s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

Dated:  August 9, 2021   s/John R. Tunheim
John R. Tunheim
United States District Court